IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHUUNDU MOOBA HABULEMBE

Petitioner,

v.

U.S. ATTORNEY GENERAL, et al.,

Respondents

No. 3:12-CV-335

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this 3rd day of May, 2012, upon review of Magistrate Judge Smyser's Report and Recommendation (Doc. 9) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 9) is **ADOPTED.**

(2) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED WITHOUT PREJUDICE.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge